Michelle **GLOVER**, a natural person and citizen of the United Kingdom, Plaintiff–Appellant,

v.

**VAIL CORPORATION**, doing business as Vail Associates, Inc., a Colorado corporation; Vail Associates, Inc., a Colorado corporation; Vail Associates Holdings, Ltd., a Colorado corporation; Vail Holdings, Inc., a Colorado corporation, Defendants–Appellees.

No. 97–1100.

United States Court of Appeals, Tenth Circuit.

April 13, 1998.

Michael J. Roche (John B. Moorhead with him on briefs), of Baker & Hostetler, LLP, Denver, CO, for Plaintiff–Appellant.

David H. Yun (Stephen Hopkins with him on brief), of Long & Jaudon, P.C., Denver, CO, for Defendants–Appellees.

Before TACHA, McKAY, and EBEL, Circuit Judges.

TACHA, Circuit Judge.

We AFFIRM the holding of the district court for substantially the same reasons discussed by the district court in its published opinion. *See Glover v. Vail Corp.,* 955 F.Supp. 105 (D.Colo.1997).